**John D. CADICE, M.D.,**
**Plaintiff/Respondent,**

v.

**Kathy MAUPIN, M.D., et al., Defendants,**

and

**Patrick M. Coyne, M.D., Appellant.**

**No. 71533.**

Missouri Court of Appeals,
Eastern District,
Division Two.

Aug. 25, 1998.

Timothy W. Kelly, St. Louis, for appellant.

Joseph F. Devereux, Jr., Devereux, Murphy, Striler, Brickey & Sher, L.L.C., St. Louis, for respondent.

Before CRANE, P.J., and HOFF and JAMES R. DOWD, JJ.

defendant mistakenly believed he would receive.

 

## ORDER

PER CURIAM.

Coyne appeals from a judgment entered on a jury verdict for Cadice in a breach of contract action. We have reviewed the briefs of the parties and the record on appeal. No error of law appears. An opinion reciting the detailed facts and restating the principles of law would have no precedential value.

The judgment is affirmed pursuant to Rule 84.16(b).